**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CLARA CRAWFORD,
                    *Plaintiff,*

             v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,
                    *Defendant-Appellee,*

BRIAN C. SHAPIRO,
                    *Real-party-in-*
                    *interest-Appellant.*

No. 06-55822

D.C. No.
CV-00-11884 (AN)

RUBY WASHINGTON,
                    *Plaintiff,*

             v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,
                    *Defendant-Appellee,*

YOUNG CHO,
                    *Real-party-in-*
                    *interest-Appellant.*

No. 06-55954

D.C. No.
CV-03-06884 (AN)

DAPHNE M. TREJO,
              *Petitioner-Appellant,*

              v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,
              *Respondent-Appellee,*

DENISE BOURGEOIS HALEY,
Attorney,

              *Real-party-in-
              interest-Appellant.*

No. 06-56284

D.C. No.
CV-98-
05662 (RNB)

ORDER

Filed May 27, 2009

**ORDER**

KOZINSKI, Chief Judge:

   Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

PRINTED FOR THE NINTH CIRCUIT
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009